# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE: TERRORIST ATTACKS ON     :

SEPTEMBER 11, 2001           :      **MDL 03-1570 (GBD)(SN)**

---

**This Document Relates To:**    **All Cases**

## ~~[PROPOSED]~~ ORDER

Counsel for the *Havlish* Plaintiffs, having reached a private settlement agreement with the law firms of Motley Rice LLC; Kreindler & Kreindler LLP; Speiser Krause, PC; and Anderson Kill PC, on behalf of their firms and clients, the *Havlish* Plaintiffs' Renewed Motion for an Order Creating a Common Benefit Fund and Authorizing Certain Disbursements Therefrom (MDL Dkt. No. 4289 & 4291) ("the Motion"), is hereby dismissed with prejudice as against Motley Rice LLC, Kreindler & Kreindler LLP; Speiser Krause, PC; and Anderson Kill PC and their clients.

Counsel for any other party with claims against the Islamic Republic of Iran

[continued on next page]

1

impacted by the Motion may contact counsel for the *Havlish* Plaintiffs if interested

in attempting to reach a private settlement of the Motion.


DATE:   DEC 12 2023                    SO ORDERED.

     New York, New York         *George B. Daniels*
                             GEORGE B. DANIELS
                             UNITED STATES DISTRICT JUDGE

2